IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PETER BARRESI,
        Plaintiff,

v.

LYNX RESTORATION GROUP, INC., *et al.*,
        Defendants.

No. 1:24-cv-1541-MSN-WEF

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick ("R&R") on April 9, 2025 (ECF 24).

Upon the Court's review of the record and R&R, it is hereby

**ORDERED** that the R&R is **APPROVED** and **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgement (ECF 19) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Judgement is entered in favor of Plaintiff Peter Barresi against Defendant Lynx Restoration Group, Inc. in the amount of $160,000 in compensatory damages plus 6 percent pre-judgment interest accruing from November 3, 2022 to the date of this judgment, post-judgment interest under 28 U.S.C. § 196l(a), and $405 in taxable costs pursuant to 28 U.S.C.§ 1920.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
_____
Hon. Michael S. Nachmanoff
United States District Judge

May 13, 2025
Alexandria, Virginia